JOHN BAILEY and another *v.* HENRY G. HEARTT.

APPEAL from the District Court of the First District, *Buchanan, J.*

*Perin,* for the plaintiffs.

*C. M. Jones,* for the appellant.

MARTIN, J. The plaintiffs claim $1008 for the hire and use of certain blocks, &c., furnished to the defendant for raising the steamer Cuba, according to an account annexed to the petition. The defendant pleaded the general issue; and farther, that the plaintiffs libelled the brig *Damon,* for the hire of the same, or like materials, claiming only $125, and were nonsuited.

Several witnesses were examined, and from their testimony the court concluded that the plaintiffs were entitled to $125 for the use of the blocks, &c., &c.; and for necessary repairs, to $115, $4 50, and $10, in all $254 50 for which judgment was given. We are unable to see on what grounds we can interfere with it, or allow damages for the appeal.

*Judgment affirmed.*